In re Lewis, Herman; — Plaintiff(s); applying for supervisory and/or remedial writ; Parish of Orleans, Criminal District Court, Div. “D”, No. 286-287; to the Court of Appeal, Fourth Circuit, Nos. 97KW-1659, 95KW-2411, 92KW-0695, 91KW-2727, 91KW-0515.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex *1139 rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
JOHNSON, J., not on panel.